UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **JEFFERY R. LINDSAY,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | Cocaine); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | Cannabis); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of Ammunition by a |
| | : | Person Convicted of a Crime Punishable by |
| | : | Imprisonment for a Term Exceeding One Year) |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about November 3, 2006, within the District of Columbia, **JEFFERY R. LINDSAY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug

controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT TWO

On or about November 3, 2006, within the District of Columbia, **JEFFERY R. LINDSAY,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about November 3, 2006, within the District of Columbia, **JEFFERY R. LINDSAY**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Counts One and Two of this Indictment which is incorporated herein, firearms, that is, a Taurus .357 caliber handgun and a Hi-Point 9mm semi-automatic pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FOUR

On or about November 3, 2006, within the District of Columbia, **JEFFERY R. LINDSAY,** did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Unlawful Possession with Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT FIVE

On or about November 3, 2006, within the District of Columbia, **JEFFERY R. LINDSAY**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Lynchburg, Virginia Circuit Court Criminal Case No. 90002416, did unlawfully and knowingly receive and possess a firearm, that is, a Taurus .357 caliber handgun, and a Hi-Point 9mm semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>  (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SIX

On or about November 3, 2006, within the District of Columbia, **JEFFERY R. LINDSAY**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Lynchburg, Virginia Circuit Court Criminal Case No. 90002416, did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, .40 caliber ammunition, and .357 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>  (**Unlawful Possession of Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.