UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-016 (RMU)** |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFREY LINDSAY,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Abby Stavitsky, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
ABBY STAVITSKY
Assistant United States Attorney
Federal Major Crimes, Bar No.
555 4th Street, NW, Room 4645
Washington, DC 20530
(202) 353-8829