# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JEFFERY R. LINDSAY | DOCKET NO: 07-016 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Jeffery R. Lindsay | FILED<br>MAY 0 7 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:             PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:  INDICTMENT | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE;
USING, CARRYING AND POSSESSING A FIREARM DURING A DRUG TRAFFICKING OFFENSE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE CANNABIS;
UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;
UNLAWFUL POSSESSION OF AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(B)(iii); 21:841(a)(1) and 841(b)(1)(C); 18:924(c)(1); 21:841(a)(1) and 841(b)(1)(D); 18:922(g)(1); and 18:922(g)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED:<br>1/25/07 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>1/25/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  01/30/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  05/07/07 | William Martin  DUSM | |
| HIDTA CASE:  Yes    No  X | | OCDETF CASE:  Yes    No  X |