07-16 (RMU)

2007 FDC 010225  File Date: 05/05/2007
UNITED STATES vs. JEFFREY ROBERT LINDSAY
aka JEFFERY ROBERT LINDSAY
PDID #: 355800
Lock up number: 028

FILED
MAY 0 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USL  #28

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES  
No._____  

Vs. 2007 FDC 10225

TOT

P.D.I.D. No. 355-800

Jeffrey Lindsay (Defendant)

[✓] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: **May 7, 2007**.

### COMMITMENT/RELEASE

[X] NO BOND  
[ ] BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: **May 7, 2007**

[ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name:_____

Address:_____

Telephone No._____

DEFENDANT'S NAME:_____

Address:_____

_____ Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE: **May 5, 2007**        _____  
                              JUDICIAL OFFICER PRESIDING

white-court            yellow-usao            Pink-defense

CD-3026/Mar. 03

## DEFENDANT ELIGIBILITY RECOMMENDATION

I. NAME: Jeffrey Lindsay                                                      NO. OF DEPENDENTS: 3

LOCK-UP NO.: 28            DATE: 5·5·07           CHARGE: PWID

| | | | | |
|---|---|---|---|---|
| LIQUID ASSETS | | (Y) | STD. 5 AMOUNT | $ |
| OTHER ASSETS (1/4 EQUITY) | + $ | | STD. 4 AMOUNT | + $ |
| GROSS MONTHLY INCOME | + $ | | FEL. = $ | 1,500 |
| TOTAL AVAILABLE MONTHLY | $ | | MISD. = | 750 |
| | | | OTHER = | 400 |

LESS: MONTHLY EXTRAORDINARY
      MEDICAL OR OTHER EXPENSES  − $

NET AVAILABLE MONTHLY   (X)                                MINIMUM
                                                           MONTHLY NEED   (Z) $

IF X IS EQUAL OR LESS THAN Y ............................ ☐ ELIGIBLE
IF X IS MORE THAN Z ..................................... ☐ NOT ELIGIBLE
IF X IS MORE THAN Y BUT LESS THAN Z ..................... ☐ ELIGIBLE WITH CONTRIBUTION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

II. AMOUNT OF CONTRIBUTION.

☐ GROSS MONTHLY FAMILY INCOME IS MORE THAN Y

| | |
|---|---|
| GROSS MONTHLY FAMILY INCOME | $ |
| LESS: MONTHLY EXTRAORDINARY EXPENSES | − |
| SUBTOTAL | $ |
| LESS: STANDARD 5 AMOUNT (Y) | − |
| SUBTOTAL | $ |
| LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN | − |
| SUBTOTAL | $ |
| AVAILABLE FOR MONTHLY CONTRIBUTION | $ |
| TIMES (6 OR FELONIES OR 3 FOR OTHER) | X |
| TOTAL | $ |
| ADD: LIQUID ASSETS | + |
| OTHER ASSETS (1/4) EQUITY) | + |
| CONTRIBUTION CAPABILITY  (CC) | $ |

**NOTES AND CALCULATIONS**

STD 4 AMOUNT $

MAX. CONTRIBUTION = ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS)]

(DIVIDE MAXIMUM CONTRIBUTION BY 26 FOR FELONY CASE OR BY 13 FOR ANY OTHER CASE)

CONTRIBUTION PAYABLE WEEKLY AT $          PER WEEK FOR          WEEKS.

**WARNING:**
**YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN FINANCIAL CIRCUMSTANCES, WHICH MIGHT AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS FORM MAY BE PUNISHABLE BY FINE UP TO $1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.**

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information which I have provided is true to the best of my belief.

DEFENDANT _____   INTERVIEWER _____
                                                                NOTARY PUBLIC

DISTRIBUTION: WHITE COPY (COURT JACKET); GOLDENROD COPY (APPOINTED COUNSEL); PINK COPY (DEFENDANT COURT JACKET); GREEN COPY (CJA OFFICE)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **JEFFERY R. LINDSAY,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | Cocaine); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | Cannabis); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of Ammunition by a |
| | : | Person Convicted of a Crime Punishable by |
| | : | Imprisonment for a Term Exceeding One Year) |

ECF
DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 1/25/07
NANCY MAYER-WHITTINGTON, CLERK
By: _____
5/4/07

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about November 3, 2006, within the District of Columbia, **JEFFERY R. LINDSAY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug

controlled substance, and the amount of said mixture and substance was 5 grams or more.

**(Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT TWO

On or about November 3, 2006, within the District of Columbia, **JEFFERY R. LINDSAY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

**(Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

## COUNT THREE

On or about November 3, 2006, within the District of Columbia, **JEFFERY R. LINDSAY**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Counts One and Two of this Indictment which is incorporated herein, firearms, that is, a Taurus .357 caliber handgun and a Hi-Point 9mm semi-automatic pistol.

**(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FOUR

On or about November 3, 2006, within the District of Columbia, **JEFFERY R. LINDSAY**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

**(Unlawful Possession with Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT FIVE

On or about November 3, 2006, within the District of Columbia, **JEFFERY R. LINDSAY**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Lynchburg, Virginia Circuit Court Criminal Case No. 90002416, did unlawfully and knowingly receive and possess a firearm, that is, a Taurus .357 caliber handgun, and a Hi-Point 9mm semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SIX

On or about November 3, 2006, within the District of Columbia, **JEFFERY R. LINDSAY**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in Lynchburg, Virginia Circuit Court Criminal Case No. 90002416, did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, .40 caliber ammunition, and .357 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

> **(Unlawful Possession of Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION - FELONY BRANCH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: |
| v. | : | Judge |
| JEFFREY LINDSAY | : | |

## MEMORANDUM OF LAW FOR PRESENTMENT OF DEFENDANT'S CHARGED WITH A FEDERAL OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of defendants who are charged with violations of federal law in the District of Columbia Superior Court.

### This Court's Authority to Act as a Federal Magistrate Judge and to Order Pre-Trial Detention

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonably available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(a)(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40.

### Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. §3141 et seq. Upon motion of the government the Court **shall** hold a detention hearing in cases that involve a controlled substance offense for which the maximum

penalty is ten years or more. 18 U.S.C. §3142(1)(f)(B). In the instant case the defendant is charged with controlled substance offenses for which the maximum penalties are ten years or more. Accordingly, he is subject to pre-trial detention and the Court must hold a detention hearing in this case.

Upon motion of the government, the hearing can be continued for a period of up to three days excluding any intermediate Saturday, Sunday or legal holiday. During that period the defendant must remain detained. 18 U.S.C. §3142(1)(f)(2).

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY: _____
KATHERINE WORTHINGTON
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing memorandum was delivered by hand upon counsel for the defendant, this 5th day of May 2007.

_____
KATHERINE WORTHINGTON
Assistant United States Attorney