UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
:
v.      :   Criminal Action No.: 07-0016 (RMU)
:
JEFFREY LINDSAY,      :
:
Defendant.      :

ORDER

**FILED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 14th day of May 2007,

ORDERED that a status hearing in the above-captioned case shall take place on May 21 2007 at 10:30.

SO ORDERED.

Ricardo M. Urbina
United States District Judge