## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-016 (RMU)** |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY R. LINDSAY,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Louis Ramos, at telephone number (202) 305-2195 and/or email address Louis.Ramos@usdoj.gov . Louis Ramos will substitute for Assistant United States Attorney Abby J. Stavitsky as counsel for the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

---

    LOUIS RAMOS
    Assistant United States Attorney
    Federal Major Crimes Section,
    555 4th Street, NW,  Room 4243
    Washington, DC 20530
    (202) 305-2195
    Louis.Ramos@usdoj.gov

Case 1:07-cr-00016-RMU    Document 9    Filed 05/16/2007    Page 2 of 2