UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :     Criminal Action No.: 07-16 (RMU)
                                  :
JEFFREY LINDSAY,                  :
                                  :     **FILED**
              Defendant.          :
                                        MAY 2 1 2007

**ORDER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 21st day of May 2007,

ORDERED that a Plea/Status hearing in the above-captioned case shall take place on June 11, 2007 at 11:30.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge