CO-526
(12/86)

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | | **FILED**<br>JUN 1 1 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

UNITED STATES OF AMERICA   )
                           )
                           )
              vs.          )   Criminal No. 07-0016 (RMU)
JEFFERY R. LINDSAY         )
                           )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent: _____
Assistant United States Attorney

Approved: _____
Ricardo M. Urbina
United States District Court Judge