**FILED**

**JUN 1 1 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 07-016 (RMU) |
| | : | |
| v. | : | |
| | : | |
| JEFFREY LINDSAY | : | 21 U.S.C. 841(a)(1) and 841(b)(1)(B)(iii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | Cocaine Base, also known as Crack) |
| Defendant. | : | |

STATEMENT OF OFFENSE

Were the Government to go to trial in the above-captioned case, the Government would prove the following facts beyond a reasonable doubt:

On November 3, 2006, members of the United States Park Police executed a search warrant of Jeffrey Lindsay's (the "Defendant") residence, located at 4509 New Hampshire Avenue, NW, Washington, DC. While executing the search warrant the following items were recovered from the Defendant's bedroom: (1) mail matter with the defendant's name, (2) 17.2 grams of cocaine base, also known as crack, from the safe, (3) 249.2 grams of cocaine hydrochloride inside of the red tote bag that was on the left side of the bed, (4) a loaded Hi-Point 9mm semi-automatic pistol inside of the red tote bag, (5) a loaded Taurus .357 revolver inside of a black drawstring bag on the left side of the bed, (6) assorted 9mm, .40 caliber, .38 caliber and .357 caliber ammunition, (7) 5 digital scales, and (8) $51,620 from the safe.

The aforementioned drugs found in the safe and in the red tote bag were sent to the DEA Mid-Atlantic laboratory for analysis and found to be 17.2 grams of cocaine base, also known as crack, and 249.2 grams of cocaine hydrochloride.

Based on the quantity of cocaine base, also known as crack, the manner in which it was packaged, the amount of money found, and the presence of 5 digital scales, 2 loaded guns and assorted ammunition in the Defendant's bedroom, the Government would have proven beyond a reasonable doubt that the Defendant possessed cocaine base, also known as crack, with the intent to distribute, and that he possessed a firearm while committing that offense.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY

By: _____
      Louis Ramos
      Assistant United States Attorney
      D.C. Bar no. 472-176
      U.S. Attorney's Office
      555 4th Street, N.W., Rm. 4243
      Washington, D.C. 20530
      (202) 305-2195

## DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the two (3) pages constituting the Statement of Offense in the above-captioned case, 07-016 (RMU), with my attorney, Dani Jahn, Esquire. I agree, and acknowledge by my signature that this factual proffer is true and correct.

Date: 6/11/07

_____
Jeffrey Lindsay, Defendant

Date: 6/11/07

_____
Dani Jahn, Esq.
Attorney for Defendant Jeffrey Lindsay