UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 07-0016 (RMU) |
| : | |
| JEFFREY LINDSAY, : | |
| : | **FILED** |
| Defendant. : | AUG 2 1 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

<u>ORDER</u>

Upon consideration of the defendant's oral request to the court, and the government's telephonic consent to the request, it is this 20th day of August 2007,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for Tuesday, August 21, 2007 is hereby **VACATED** and **RESCHEDULED** for **Thursday, August 23, 2007 at 1:30 p.m.**

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge